YORK ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* MAYFIELD NEUROLOGICAL INSTITUTE, INC. ET AL., APPELLEES AND CROSS-APPELLANTS.

[Cite as *York v. Mayfield Neurological Inst., Inc.* (2000), 88 Ohio St.3d 1230.]

(No. 99–924—Submitted February 9, 2000—Decided March 29, 2000.)

———————

*Holbrock & Jonson Co., L.P.A., Michael D. Shanks* and *Timothy R. Evans*, for appellants and cross-appellees.

*Taft, Stettinius & Hollister, L.L.P., James M. Hall, Jr.,* and *Marcia V. Andrew; Rendigs, Fry, Kiely & Dennis, L.L.P.,* and *David W. Peck,* for appellees and cross-appellants.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.